UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KWAI PING WONG,<br><br>    Defendant.<br>_____/ | 3:11-CR-0097 CRB (JCS)<br><br>**INITIAL ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL** |

Kwai Ping Wong, is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant may have sufficient assets to make partial payment for the representation.

IT IS HEREBY ORDERED that a hearing be conducted at the conclusion of this case to determine whether defendant shall reimburse the United States District Court for the Northern District of California for all or part of the cost of the court-appointed counsel herein.

IT IS SO ORDERED.

Dated: March 7, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge